

FILED
APR 14 2008

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| **SWENSON BROTHERS d/b/a SWENSON BROTHERS AND 4 BAR S, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**ED SCHAFER, SECRETARY, DEPARTMENT OF AGRICULTURE, UNITED STATES OF AMERICA,**<br><br>Defendant. | CV 08-4015<br><br>**ORDER FOR DISMISSAL** |

The Court having been presented a Motion of the Plaintiff and a Stipulation of the Plaintiff and the Defendant, hereby dismisses this action with prejudice and without cost to either party.

DATED this 14th day of April, 2008.

BY THE COURT:

_____
The Honorable Lawrence L. Piersol
U. S. District Judge

ATTEST:
Charles Nail, Clerk

By: _Shelly Margulies_
Deputy